UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

RASHEEDAH SPATES

Case No.: 19-21687

Adv. No.:

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/05/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
RASHEEDAH SPATES
77 BOYLAN ST
NEWARK, NJ  07106
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANDREW MICKLIN
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ  08034
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  July 05, 2023

By:  /S/  Lauren O'Shea
Lauren O'Shea