Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−21687−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rasheedah Spates
   77 Boylan St
   Newark, NJ 07106

Social Security No.:
   xxx−xx−9650

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/9/23 at 10:00 AM

to consider and act upon the following:

**75** − Certification of Default of Standing Trustee. re: Fail to Pay 2022 Tax Refund Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/19/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

**77** − Response to (related document:75 Certification of Default of Standing Trustee. re: Fail to Pay 2022 Tax Refund Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/19/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Andrew Micklin on behalf of Rasheedah Spates. (Attachments: # 1 Certification) (Micklin, Andrew)

Dated: 7/19/23

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court