Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−21687−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rasheedah Spates
   77 Boylan St
   Newark, NJ 07106

Social Security No.:
   xxx−xx−9650

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/9/23 at 10:00 AM

to consider and act upon the following:

*75* − Certification of Default of Standing Trustee. re: Fail to Pay 2022 Tax Refund Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/19/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*77* − Response to (related document:75 Certification of Default of Standing Trustee. re: Fail to Pay 2022 Tax Refund Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/19/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Andrew Micklin on behalf of Rasheedah Spates. (Attachments: # 1 Certification) (Micklin, Andrew)

Dated: 7/19/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 19-21687-SLM

Rasheedah Spates                                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                       User: admin                                        Page 1 of 2

Date Rcvd: Jul 19, 2023                           Form ID: ntchrgbk                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

**Recip ID**                **Recipient Name and Address**
db                       +   Rasheedah Spates, 77 Boylan St, Newark, NJ 07106-1811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

**Name**                              **Email Address**

Aleisha Candace Jennings
                                     on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper ajennings@raslg.com

Andrew Micklin
                                     on behalf of Debtor Rasheedah Spates Andrew@southjerseylawyers.com ardithreeve@comcast.net

Denise E. Carlon
                                     on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
                                     on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
                                     on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com

John R. Morton, Jr.
                                     on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jul 19, 2023 Form ID: ntchrgbk Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Shauna M Deluca
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
   on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper smncina@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11