Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

**Chapter 13 Case # 19-21687**

Re:  RASHEEDAH SPATES  
77 BOYLAN ST  
NEWARK, NJ  07106

Atty:  ANDREW MICKLIN  
UNDERWOOD & MICKLIN  
1236 BRACE RD STE J  
CHERRY HILL, NJ  08034

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2019 | $386.00 | 5979609000 | 07/30/2019 | $386.00 | 6052398000 |
| 09/03/2019 | $507.00 | 26116137325 | 10/03/2019 | $507.00 | 6225724000 |
| 11/01/2019 | $507.00 | 6293797000 | 12/02/2019 | $507.00 | 6374003000 |
| 01/10/2020 | $507.00 | 6471011000 | 02/10/2020 | $507.00 | 6551310000 |
| 03/06/2020 | $507.00 | 6620222000 | 04/14/2020 | $507.00 | 26668789108 |
| 05/12/2020 | $507.00 | 19089146043 | 06/15/2020 | $502.00 | 26668772594 |
| 06/29/2020 | $502.00 | 6896194000 | 08/07/2020 | $502.00 | 6999011000 |
| 09/04/2020 | $502.00 | 7064911000 | 10/13/2020 | $502.00 | 7151849000 |
| 11/12/2020 | $502.00 | 7226239000 | 12/09/2020 | $502.00 | 7295280000 |
| 01/11/2021 | $502.00 | 7368260000 | 02/08/2021 | $502.00 | 7442272000 |
| 03/04/2021 | $502.00 | 7500542000 | 04/12/2021 | $502.00 | 7591329000 |
| 05/10/2021 | $502.00 | 7661655000 | 06/07/2021 | $502.00 | 7724657000 |
| 06/11/2021 | $7,500.00 | 7737420000 | 07/09/2021 | $502.00 | 7801272000 |
| 08/09/2021 | $502.00 | 7869024000 | 09/13/2021 | $502.00 | 7942557000 |
| 10/08/2021 | $502.00 | 8002933000 | 11/12/2021 | $502.00 | 8076238000 |
| 12/15/2021 | $502.00 |  | 01/13/2022 | $502.00 |  |
| 02/09/2022 | $502.00 | 8266483000 | 03/09/2022 | $502.00 | 8329194000 |
| 04/13/2022 | $502.00 |  | 05/12/2022 | $502.00 |  |
| 06/13/2022 | $502.00 | 8523037000 | 07/14/2022 | $502.00 |  |
| 08/12/2022 | $2,171.00 |  | 08/24/2022 | $502.00 |  |
| 09/14/2022 | $502.00 |  | 10/19/2022 | $502.00 |  |
| 11/29/2022 | $502.00 |  | 12/13/2022 | $502.00 |  |
| 01/27/2023 | $502.00 |  | 02/13/2023 | $502.00 |  |
| 03/13/2023 | $502.00 |  | 04/14/2023 | $502.00 |  |
| 05/11/2023 | $502.00 |  | 06/14/2023 | $502.00 |  |
| 06/15/2023 | $502.00 |  | 06/16/2023 | ($502.00) |  |
| 07/27/2023 | $502.00 |  | 08/28/2023 | $6,500.00 |  |
| 09/13/2023 | $578.00 |  | 10/12/2023 | $578.00 |  |
| 11/14/2023 | $580.00 |  | 12/06/2023 | $580.00 |  |
| 02/01/2024 | $572.00 |  | 02/28/2024 | $572.00 |  |
| 03/26/2024 | $572.00 |  | 05/02/2024 | $572.00 |  |

**Chapter 13 Case # 19-21687**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/30/2024 | $572.00 | | 06/25/2024 | $3,100.00 | 9849915000 |
| 06/25/2024 | $572.00 | | | | |

**Total Receipts: $49,430.00  -  Amount Refunded to Debtor: $7,500.00  =  Receipts Applied to Plan: $41,930.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,600.06 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,045.00 | 100.00% | 2,045.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 412.76 | 100.00% | 308.13 | 104.63 |
| 0002 | CREDIT ACCEPTANCE CORPORATION | UNSECURED | 10,344.66 | 100.00% | 7,722.26 | 2,622.40 |
| 0003 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARR | 24,579.12 | 100.00% | 24,579.12 | 0.00 |
| 0004 | PSE&G BANKRUPTCY DEPARTMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | TD BANK N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | DIRECTV LLC | UNSECURED | 363.45 | 100.00% | 271.32 | 92.13 |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 395.00 | 100.00% | 294.87 | 100.13 |
| 0012 | NATIONSTAR MORTGAGE LLC, D/B/A MR | (NEW) MTG Agree | 731.00 | 100.00% | 731.00 | 0.00 |

**Total Paid: $38,551.76**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CORPORATION | | | | | | | |
| | 01/13/2020 | $11.49 | 841249 | | 02/10/2020 | $8.66 | 843139 |
| | 09/18/2023 | $3,902.16 | 916272 | | 10/16/2023 | $477.68 | 917750 |
| | 12/11/2023 | $958.67 | 920618 | | 02/12/2024 | $472.72 | 923348 |
| | 03/11/2024 | $472.71 | 924806 | | 04/15/2024 | $472.73 | 926244 |
| | 05/10/2024 | $472.72 | 927710 | | 06/17/2024 | $472.72 | 929125 |
| DIRECTV LLC | | | | | | | |
| | 09/18/2023 | $137.81 | 915735 | | 10/16/2023 | $16.78 | 917251 |
| | 12/11/2023 | $33.68 | 920107 | | 02/12/2024 | $16.61 | 922845 |
| | 03/11/2024 | $16.61 | 924314 | | 04/15/2024 | $16.60 | 925727 |
| | 05/10/2024 | $16.62 | 927230 | | 06/17/2024 | $16.61 | 928592 |
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | | |
| | 12/16/2019 | $153.97 | 839689 | | 01/13/2020 | $471.98 | 841571 |
| | 02/10/2020 | $471.98 | 843452 | | 02/26/2020 | ($471.98) | 0 |
| | 03/16/2020 | $935.78 | 845373 | | 04/20/2020 | $472.14 | 847312 |
| | 05/18/2020 | $448.23 | 849161 | | 06/15/2020 | $478.22 | 850847 |
| | 06/15/2020 | $11.49 | 850847 | | 07/20/2020 | $10.90 | 852677 |
| | 07/20/2020 | $453.45 | 852677 | | 08/17/2020 | $453.45 | 854534 |
| | 08/17/2020 | $10.90 | 854534 | | 09/21/2020 | $10.90 | 856372 |
| | 09/21/2020 | $453.45 | 856372 | | 10/19/2020 | $453.45 | 858229 |
| | 10/19/2020 | $10.90 | 858229 | | 11/16/2020 | $10.90 | 860011 |
| | 11/16/2020 | $453.45 | 860011 | | 12/21/2020 | $453.45 | 861853 |
| | 12/21/2020 | $10.90 | 861853 | | 01/11/2021 | $10.90 | 863597 |
| | 01/11/2021 | $453.45 | 863597 | | 02/22/2021 | $453.45 | 865362 |
| | 02/22/2021 | $10.90 | 865362 | | 03/15/2021 | $10.90 | 867141 |
| | 03/15/2021 | $453.45 | 867141 | | 04/19/2021 | $453.45 | 868888 |
| | 04/19/2021 | $10.90 | 868888 | | 05/17/2021 | $10.90 | 870755 |
| | 05/17/2021 | $453.45 | 870755 | | 07/19/2021 | $921.62 | 874346 |
| | 07/19/2021 | $22.14 | 874346 | | 08/16/2021 | $11.07 | 876039 |

Case 19-21687-SLM    Doc 86    Filed 07/10/24    Entered 07/10/24 13:07:52    Desc Main
Document      Page 3 of 3

**Chapter 13 Case # 19-21687**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/16/2021 | $460.81 | 876039 | | 09/20/2021 | $460.81 | 877798 |
| | 09/20/2021 | $11.07 | 877798 | | 10/18/2021 | $11.07 | 879541 |
| | 10/18/2021 | $460.81 | 879541 | | 11/17/2021 | $465.71 | 881252 |
| | 11/17/2021 | $11.19 | 881252 | | 03/14/2022 | $44.76 | 887930 |
| | 03/14/2022 | $1,862.84 | 887930 | | 04/18/2022 | $946.13 | 889667 |
| | 04/18/2022 | $22.73 | 889667 | | 05/16/2022 | $11.37 | 891346 |
| | 05/16/2022 | $473.06 | 891346 | | 09/19/2022 | $3,914.37 | 897935 |
| | 09/19/2022 | $118.37 | 897935 | | 11/14/2022 | $22.76 | 901144 |
| | 11/14/2022 | $451.63 | 901144 | | 12/12/2022 | $451.63 | 902696 |
| | 12/12/2022 | $22.76 | 902696 | | 01/09/2023 | $22.76 | 904188 |
| | 01/09/2023 | $451.63 | 904188 | | 02/13/2023 | $451.63 | 905734 |
| | 02/13/2023 | $22.76 | 905734 | | 03/13/2023 | $22.76 | 907340 |
| | 03/13/2023 | $451.63 | 907340 | | 04/17/2023 | $903.27 | 908953 |
| | 04/17/2023 | $45.51 | 908953 | | 05/15/2023 | $22.52 | 910529 |
| | 05/15/2023 | $446.85 | 910529 | | 07/17/2023 | $446.85 | 913531 |
| | 07/17/2023 | $22.52 | 913531 | | 08/14/2023 | $22.52 | 915044 |
| | 08/14/2023 | $446.85 | 915044 | | 09/18/2023 | $2,162.72 | 916542 |
| | 09/18/2023 | $108.97 | 916542 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/18/2023 | $149.77 | 8003690 | | 09/18/2023 | $156.50 | 8003690 |
| | 10/16/2023 | $19.07 | 8003749 | | 10/16/2023 | $18.24 | 8003749 |
| | 12/11/2023 | $36.61 | 8003859 | | 12/11/2023 | $38.24 | 8003859 |
| | 02/12/2024 | $18.86 | 8003947 | | 02/12/2024 | $18.04 | 8003947 |
| | 03/11/2024 | $18.06 | 8003991 | | 03/11/2024 | $18.87 | 8003991 |
| | 04/15/2024 | $18.86 | 8004035 | | 04/15/2024 | $18.05 | 8004035 |
| | 05/10/2024 | $18.05 | 8004082 | | 05/10/2024 | $18.86 | 8004082 |
| | 06/17/2024 | $18.87 | 8004126 | | 06/17/2024 | $18.05 | 8004126 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 10, 2024.

Receipts: $41,930.00    -    Paid to Claims: $33,906.70    -    Admin Costs Paid: $4,645.06    =    Funds on Hand: $3,378.24

Unpaid Balance to Claims: $2,919.29    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($458.95)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.